FILED by [signature] D.C.
MAY 17 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-cr-20487-COOKE(s)(s)(s)**
**18 U.S.C. § 1951(a)**
**18 U.S.C. § 924(c)(1)(A)**
**18 U.S.C. § 924(j)(1)**
**18 U.S.C. § 2119(3)**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**
**18 U.S.C. § 981(a)(1)(C)**

**UNITED STATES OF AMERICA**

**v.**

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E,"**
**SADIEU NELUS,**
**a/k/a "Lucky,"**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA,**
**DAVID GONZALEZ,**
**a/k/a "Gano," and**
**GEORGE GONZALEZ,**
**a/k/a "G,"**

**Defendants.**
_____________________________________/

## THIRD SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
**Conspiracy to Commit Hobbs Act Robberies**
**(18 U.S.C. § 1951(a))**

From at least as early as in or about October of 2016, the exact date being unknown to the Grand Jury, through on or about October 10, 2017, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E,"**
**SADIEU NELUS,**
**a/k/a "Lucky,"**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA,**
**DAVID GONZALEZ,**
**a/k/a "Gano," and**
**GEORGE GONZALEZ,**
**a/k/a "G,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants and their co-conspirators did plan to take property from persons and in the presence of persons employed by businesses and companies operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

**<u>COUNT 2</u>**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about November 15, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Value Pawn, located at 5255 Northwest 27th Avenue, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 3**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about November 15, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the

defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 2 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 4**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about December 2, 2016, in Palm Beach County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by La Familia Pawn Shop, located at 2304 South Military Trail, West Palm Beach, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 5**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about December 2, 2016, in Palm Beach County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 4 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 6**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about December 21, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Value Pawn, located at 736 Northwest 183rd Street, Miami Gardens, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 7**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about December 21, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 6 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 8**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about December 27, 2016, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Value Pawn, located at 2751 Davie Boulevard, Fort Lauderdale, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 9**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about December 27, 2016, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**

**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 8 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 10**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about January 5, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Value Pawn, located at

717 Southwest 17th Avenue, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 11**
**Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about January 5, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 10 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

**COUNT 12**
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**(18 U.S.C. § 924(j)(1))**

On or about January 5, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**ERIC ORTIZ MELENDEZ,**
**a/k/a "E," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, namely Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 10 of this Third Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendants, through the use of a firearm, in the perpetration of, and attempted perpetration of, a robbery, caused the death of a person named Ricardo Soler Reyes, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

**COUNT 13**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about March 29, 2017, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**SADIEU NELUS,**
**a/k/a "Lucky," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**

**a/k/a "T-Man,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by People's Pawn and Jewelry, located at 2910 Southwest 30th Avenue, Pembroke Park, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 14**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about March 29, 2017, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**SADIEU NELUS,**
**a/k/a "Lucky," and**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 13 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 15**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about April 15, 2017, in Broward County, in the Southern District of Florida, the defendants,

**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA,**
**DAVID GONZALEZ,**
**a/k/a "Gano," and**
**GEORGE GONZALEZ,**
**a/k/a "G,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Value Pawn, located at 4217 North State Road 7, Hollywood, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 16**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about April 15, 2017, in Broward County, in the Southern District of Florida, the defendants,

**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA,**
**DAVID GONZALEZ,**
**a/k/a "Gano," and**
**GEORGE GONZALEZ,**
**a/k/a "G,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 15 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 17**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about May 22, 2017, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**SADIEU NELUS,**
**a/k/a "Lucky,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Cash Inn Pawn Shop,

located at 5948 Pembroke Road, West Park, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 18**
**Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about May 22, 2017, in Broward County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li," and**
**SADIEU NELUS,**
**a/k/a "Lucky,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 17 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

**COUNT 19**
**Carjacking**
**(18 U.S.C. § 2119)**

On or about May 24, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TRAYVON JABBARI THOMAS,**

**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA, and**
**DAVID GONZALEZ,**
**a/k/a "Gano,"**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2011 Kia Sedona, from the person of another, and in the presence of another, that is, Freddy Rijo-Contreras, by force and violence, and by intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

Pursuant to Title 18, United States Code, Section 2119(3), it is further alleged that death resulted.

**COUNT 20**
**Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about May 24, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA, and**
**DAVID GONZALEZ,**
**a/k/a "Gano,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119, as charged in Count 19 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

**COUNT 21**
**Hobbs Act Robbery**
**(18 U.S.C. § 1951(a))**

On or about June 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**SADIEU NELUS,**
**a/k/a "Lucky,"**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA, and**
**DAVID GONZALEZ,**
**a/k/a "Gano,"**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by Cash America, located at 1726 West 68th Street, Hialeah, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT 22**
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about June 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**
**SADIEU NELUS,**
**a/k/a "Lucky,"**
**TRAYVON JABBARI THOMAS,**
**a/k/a "T,"**
**a/k/a "T-Man,"**
**JORGE APONTE FIGUEROA, and**
**DAVID GONZALEZ,**
**a/k/a "Gano,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 21 of this Third Superseding Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

**COUNT 23**
**Felon in Possession of Ammunition**
**(18 U.S.C. § 922(g)(1))**

On or about October 10, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JONATHAN CRUZ,**
**a/k/a "Big Man,"**
**a/k/a "Boss Man,"**
**a/k/a "Chico Li,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations of this Third Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **JONATHAN CRUZ, a/k/a "Big Man," a/k/a "Boss Man," a/k/a "Chico Li," ERIC ORTIZ MELENDEZ, a/k/a "E," SADIEU NELUS, a/k/a "Lucky," TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man," JORGE APONTE FIGUEROA, DAVID GONZALEZ, a/k/a "Gano," and GEORGE GONZALEZ, a/k/a "G,"** has an interest.

1.      Upon conviction of a violation of Title 18, United States Code, Section 1951, as alleged in this Third Superseding Indictment, the defendant so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 922, 924, or any other violation of criminal law as alleged in this Third Superseding Indictment, the defendant so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved or used in the commission of such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, all of which are made applicable by Title 28, United States Code, Section 2461(c).

**NOTICE OF SPECIAL FINDINGS**

The Grand Jury finds that:

**I. Special findings as to Count 12**

Pursuant to Chapter 228 (Sections 3591 through 3599) of Title 18 of the United States Code, the following factors exist regarding defendants **JONATHAN CRUZ, a/k/a "Big Man," a/k/a "Boss Man," a/k/a "Chico Li," ERIC ORTIZ MELENDEZ, a/k/a "E," and TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man,"** and their commission of the offenses charged in Count 12, the allegations of which are fully re-alleged and incorporated herein by this reference.

A. Statutory Factors Enumerated Under Title 18, United States Code, Section 3591(a).

1. Defendants' Ages. Defendants **JONATHAN CRUZ, a/k/a "Big Man," a/k/a "Boss Man," a/k/a "Chico Li," ERIC ORTIZ MELENDEZ, a/k/a "E," and TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man,"** were each 18 years of age or older at the time they committed the offense. Title 18, United States Code, Section 3591(a).

2. Defendants' Mental State.

a. Defendant **ERIC ORTIZ MELENDEZ, a/k/a "E,"** intentionally killed the victim, Ricardo Soler Reyes. Title 18, United States Code, Section 3591(a)(2)(A).

b. Defendant **ERIC ORTIZ MELENDEZ, a/k/a "E,"** intentionally inflicted serious bodily injury that resulted in the death of the victim, Ricardo Soler Reyes. Title 18, United States Code, Section 3591(a)(2)(B).

c. Defendant **ERIC ORTIZ MELENDEZ, a/k/a "E,"** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense,

and the victim, Ricardo Soler Reyes, died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(C).

d. Defendants **JONATHAN CRUZ, a/k/a "Big Man," a/k/a "Boss Man," a/k/a "Chico Li," ERIC ORTIZ MELENDEZ, a/k/a "E," and TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man,"** intentionally and specifically engaged in an act of violence, knowing the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, Ricardo Soler Reyes, died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(D).

B. Statutory Factors Enumerated Under Title 18, United States Code, Section 3592(c).

1. Pecuniary Gain. Defendant **ERIC ORTIZ MELENDEZ, a/k/a "E"** committed the offense in the expectation of the receipt of anything of pecuniary value. Title 18, United States Code, Section 3592(c)(8).

2. Vulnerability of Victim. The victim Ricardo Soler Reyes was particularly vulnerable due to old age and infirmity. Title 18, United States Code, Section 3592(c)(11).

**II. Special findings as to Count 19**

Pursuant to Chapter 228 (Sections 3591 through 3599) of Title 18 of the United States Code, the following factors exist regarding defendants **TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man," JORGE APONTE FIGUEROA, and DAVID GONZALEZ, a/k/a "Gano,"** and their commission of the offenses charged in Count 19, the allegations of which are fully re-alleged and incorporated herein by this reference.

1. Defendants' Ages. Defendants **TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man," JORGE APONTE FIGUEROA,** and **DAVID GONZALEZ, a/k/a "Gano,"**

were each 18 years of age or older at the time they committed the offense. Title 18, United States Code, Section 3591(a).

2. Defendants' Mental State.

a. Defendant **JORGE APONTE FIGUEROA** intentionally killed the victim, Freddy Rijo-Contreras. Title 18, United States Code, Section 3591(a)(2)(A).

b. Defendant **JORGE APONTE FIGUEROA** intentionally inflicted serious bodily injury that resulted in the death of the victim, Freddy Rijo-Contreras. Title 18, United States Code, Section 3591(a)(2)(B).

c. Defendant **JORGE APONTE FIGUEROA** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim, Freddy Rijo-Contreras, died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(C).

d. Defendants **TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man," JORGE APONTE FIGUEROA, and DAVID GONZALEZ, a/k/a "Gano,"** intentionally and specifically engaged in an act of violence, knowing the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, Freddy Rijo-Contreras, died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(D).

B. Statutory Factors Enumerated Under Title 18, United States Code, Section 3592(c).

1. Death During Commission of Another Crime. The death, or injury resulting in death, occurred during the commission or attempted commission of, or during the immediate flight

from the commission of an offense under 18 U.S.C. § 1201 (kidnapping). Title 18, United States Code, Section 3592(c)(8).

2. Pecuniary Gain. Defendant **JORGE APONTE FIGUEROA** committed the offense in the expectation of the receipt of anything of pecuniary value. Title 18, United States Code, Section 3592(c)(8).

3. Substantial Planning and Premeditation. Defendant **JORGE APONTE FIGUEROA** committed the offense after substantial planning and premeditation to cause the death of a person. Title 18, United States Code, Section 3592(c)(9).

A TRUE BILL

FO

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

RILWAN ADEDUNTAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** 17-cr-20487-COOKE(s)(s)(s)

**v.**

**JONATHAN CRUZ, a/k/a "Big Man, a/k/a Boss Man, a/k/a "Chico Li," ERIC ORTIZ MELENDEZ, a/k/a "E," SADIEU NELUS, a/k/a "Lucky," TRAYVON JABBARI THOMAS, a/k/a "T," a/k/a "T-Man," JORGE APONTE FIGUEROA, DAVID GONZALEZ, a/k/a "Gano," and GEORGE GONZALEZ, a/k/a "G,"**

**Defendants.**
______________________________ /

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes _X_ No ___
Number of New Defendants _1_
Total number of counts _23_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
List language and/or dialect _Spanish_

4. This case will take _15-20_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | x | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | x |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: Case No. ___
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No. _17-mj-3349-JJO, 18-mj-2669-PAW_
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of _as to Thomas: 7/18/2017; as to Nelus and D. Gonzalez: 8/1/2017; as to Cruz, Ortiz: 10/10/2017; as to G. Gonzalez: 5/4/2018_
Defendant(s) in state custody as of ___
Rule 20 from the District of ___
Is this a potential death penalty case? (Yes or No) _Yes_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? Yes ___ No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? Yes ___ No _x_

JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501893

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: JONATHAN CRUZ,** a/k/a "Big Man," a/k/a "Boss Man," a/k/a "Chico Li"

**Case No: 17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 2, 4, 6, 8, 10, 13, 17, and 21

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 3, 5, 7, 9, 14, and 22

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

Counts #: 11 and 18

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

Count #: 12

Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Section 924(j)(1)

***Max. Penalty:** Death or Life Imprisonment

Count #: 23

Felon in Possession of Ammunition

Title 18, United States Code, Section 922(g)(1)

***Max. Penalty:** 10 Years' Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: ERIC ORTIZ MELENDEZ,** a/k/a "E,"

**Case No: 17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 2, 6, and 10

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 3 and 7

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

Count #: 11

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

Count #: 12

Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Section 924(j)(1)

***Max. Penalty:** Death or Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **SADIEU NELUS,** a/k/a "Lucky"

**Case No:** **17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 13, 17, and 21

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 14 and 22

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

Count #: 18

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **TRAYVON JABBARI THOMAS,** a/k/a "T," a/k/a "T-Man"

**Case No:** **17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 4, 6, 8, 10, 13, 15, and 21

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Count #: 19

Carjacking

Title 18, United States Code, Section 2119(3)

***Max. Penalty:** Death or Life Imprisonment

Counts #: 5, 7, 9, 14, 16, and 22

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

Count #: 11 and 20

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

Count #: 12

Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Section 924(j)(1)

***Max. Penalty:** Death or Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: JORGE APONTE FIGUEROA**

**Case No: 17-cr-20487-COOKE(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 15 and 21

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Count #: 19

Carjacking

Title 18, United States Code, Section 2119(3)

***Max. Penalty:** Death or Life Imprisonment

Counts #: 16 and 22

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

Count #: 20

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **DAVID GONZALEZ,** a/k/a "Gano,"

**Case No:** **17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Counts #: 15 and 21

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

Count #: 19

Carjacking

Title 18, United States Code, Section 2119(3)

***Max. Penalty:** Death or Life Imprisonment

Counts #: 16 and 22

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii) & (iii)

***Max. Penalty:** Life Imprisonment

Count #: 20

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

***Max. Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **GEORGE GONZALEZ,** a/k/a "G"

**Case No:** **17-cr-20487-COOKE(s)(s)(s)**

Count #: 1

Conspiracy to Commit Hobbs Act Robberies

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Count #: 15

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** 20 Years' Imprisonment

Count #: 16

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(ii)

***Max. Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**