UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20487-MGC

UNITED STATES OF AMERICA

v.

JONATHAN CRUZ,
ERIC ORTIZ MELENDEZ,
JORGE APONTE FIGUEROA, and
DAVID GONZALEZ,

        **Defendants.**
_____/

**GOVERNMENT'S NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

The United States of America, by and through the undersigned Assistant United States Attorney, states the following:

The Government hereby gives notice[1] to the Court and defense counsels that it does **not** intend to seek the death penalty in this matter, specifically against Jonathan Cruz, Eric Ortiz Melendez, Jorge Aponte Figueroa, and David Gonzalez.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   /s/ Rilwan Adeduntan
    Assistant United States Attorney
    Court No. A5502193
    99 N. E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9034
    Rilwan.Adeduntan@usdoj.gov

---

[1] On August 13, 2019, the Government notified this Court and all defense counsel via email and telephone of the Attorney General's decision **not** to seek the death penalty. Since that date, all attorneys on this matter have been aware of that decision. However, in the abundance of caution, to clarity this matter on the docket, this notice is being filed.

/s/ Vanessa Johannes
Assistant United States Attorney
Court No. A5501644
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9023
vjohannes@usa.doj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing document, Government's Notice of Intent Not to Seek the Death Penalty with the Court and counsels via CM/ECF.

/s/ Rilwan Adeduntan
Assistant United States Attorney